# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVTEJ SINGH,<br><br>           Plaintiff,<br><br>  v.<br><br>US COMMERCIAL FREIGHT INC., et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:16-cv-00617-SKO<br><br>**ORDER GRANTING REQUEST TO EXTEND DEADLINES**<br><br>**(Doc. 18)** |

     Before the Court is the parties' joint Amended Stipulation to Extend Discovery, Pre-Trial Deadlines and Trial Date (the "Request"). (Doc. 18.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS the following:

     (1)    the deadline to complete non-expert discovery is EXTENDED from February 3, 2017 to May 4, 2017;

     (2)    the deadline to complete expert disclosures is EXTENDED from February 10, 2017 to May 11, 2017;

     (3)    the deadline to complete supplemental expert disclosures is EXTENDED from March 7, 2017 to June 5, 2017;

(4) the deadline to complete expert discovery is EXTENDED from April 6, 2017 to July 5, 2017;

(5) the deadline to file non-dispositive motions is EXTENDED from April 19, 2017 to July 11, 2017;

(6) the deadline for the hearing on non-dispositive motions is EXTENDED from May 17, 2017 to August 9, 2017;

(7) the deadline to file dispositive motions is EXTENDED from April 19, 2017 to July 11, 2017;

(8) the deadline for the hearing on dispositive motions is EXTENDED from May 31, 2017 to August 23, 2017;

(9) the settlement conference is CONTINUED from March 24, 2017 to June 22, 2017 in Courtroom 6 before the Honorable Michael J. Seng;

(10) the pre-trial conference is CONTINUED from July 26, 2017 to October 18, 2017; and

(11) the trial date is CONTINUED from September 19, 2017 to December 12, 2017.

IT IS SO ORDERED.

Dated:   **February 2, 2017**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE