JOHN RANUCCI, State Bar No. 184801
jwr@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARINA SANCHEZ, State Bar No. 305445
ksanchez@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
U.S. COMMERCIAL FREIGHT, INC.,
YURIY STEFANYSHYN and
PAVEL KLIMOVICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVTEJ SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. COMMERCIAL FREIGHT, INC., business entity unknown; YURIY STEFANYSHYN; PAVEL KLIMOVICH; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:16-CV-00617-SKO<br><br>**STIPULATION AND ORDER TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>U.S. Magistrate Judge Sheila K. Oberto<br>Trial: September 19, 2017 |

   IT IS HEREBY STIPULATED by and between plaintiff NAVTEJ SINGH ("Plaintiff") and defendants U.S. COMMERCIAL FREIGHT, INC., YURIY STEFANYSHYN and PAVEL KLIMOVICH ("Defendants"), through their designated counsel, that plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure.  Said examination shall take place on or about **May 22, 2017 at 2:00 p.m.** and will be conducted by Joseph Capell, M.D. at 5550 N. Palm Avenue, #101, Fresno, California 93701, Telephone: (559) 435-0161.

This examination will be conducted for the purpose of determining the nature and extent of plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of accident in question, and physical examination and evaluation. Photographs of plaintiff's injuries may be taken for use at trial.

Per Dr. Capell's cancellation policy, any cancellations must be made within 3 business days of the scheduled examination. If this examination is not cancelled pursuant to the doctor's guidelines, plaintiff will be responsible for the associated cancellation fee of $960.

IT IS FURTHER STIPULATED that per Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Dr. Capell's medical examination report shall be provided to all parties within 30 days of the medical examination.

Dated:  March 16, 2017                LOMBARDI, LOPER & CONANT, LLP

                                      */s/ Karina M. Sanchez*
                                      By:_____
                                      KARINA SANCHEZ
                                      Attorneys for Defendant
                                      US COMMERCIAL FREIGHT, INC.,
                                      YURIY STEFANYSHYN AND PAVEL
                                      KLIMOVICH

Dated:  March 16, 2017                SODHI LAW GROUP

                                      */s/ Jakrun Sodhi*
                                      By:_____
                                      JAKRUN S. SODHI
                                      Attorneys for Plaintiff
                                      NAVTEJ SINGH

**ORDER**

IT IS SO ORDERED.

Dated: __**March 21, 2017**__         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

3

STIPULATION AND ORDER TO
MEDICAL EXAMINATION
CASE NO. 1:16-CV-00617-SKO