# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVTEJ SINGH,<br><br>Plaintiff,<br><br>v.<br><br>US COMMERCIAL FREIGHT INC., et al.,<br><br>Defendants. | Case No. 1:16-cv-00617-SKO<br><br>**ORDER GRANTING PARTIES' SECOND REQUEST TO EXTEND SCHEDULING DATES AND DEADLINES**<br><br>**(Doc. 24)** |

Before the Court is the parties' joint Stipulation and Proposed Order (the "Request"), in which the parties request that the Court extend the scheduling dates and deadlines in this matter. (Doc. 24.) For good cause shown, the Court GRANTS this Request, (*id.*), to the extent provided herein. Accordingly, the Court ORDERS the following:

(1) the deadline to complete non-expert discovery is EXTENDED from May 4, 2017 to **September 1, 2017**;

(2) the deadline to complete expert disclosures is EXTENDED from May 11, 2017 to **September 6, 2017**;

(3) the deadline to complete supplemental expert disclosures is EXTENDED from June 5, 2017 to **October 3, 2017**;

| | | |
|---|---|---|
| (4) | the deadline to complete expert discovery is EXTENDED from July 5, 2017 to **November 2, 2017**; |
| (5) | the deadline to file non-dispositive motions is EXTENDED from July 11, 2017 to **October 10, 2017**; |
| (6) | the deadline for the hearing on non-dispositive motions is EXTENDED from August 9, 2017 to **November 8, 2017**; |
| (7) | the deadline to file dispositive motions is EXTENDED from July 11, 2017 to **October 10, 2017**; |
| (8) | the deadline for the hearing on dispositive motions is EXTENDED from August 23, 2017 to **November 29, 2017**; |
| (9) | the settlement conference is CONTINUED from June 22, 2017 to **September 21, 2017, at 11:00 a.m.** in Courtroom 6 before the Honorable Michael J. Seng; |
| (10) | the pre-trial conference is CONTINUED from October 18, 2017 to **January 24, 2018**; and |
| (11) | the trial date is CONTINUED from December 12, 2017 to **March 20, 2018**. |

Finally, given that this is the parties' second extension of all scheduling dates and the age of this case, the Court CAUTIONS the parties that it will only entertain further requests for extensions of the deadlines and dates in this case upon a sufficient showing of good cause.

IT IS SO ORDERED.

Dated: **April 24, 2017**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE