DANIEL P. SCHRADER, State Bar No. 145670
JUDIEE L. PINKERTON, State Bar No. 252218
MICHAEL J. BELER, State Bar No. 288568
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendants
U.S. Commercial Freight, Inc.; Yuriy
Stefanyshyn and Pavel Klimovich

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NAVTEJ SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. COMMERCIAL FREIGHT INC. et al.,<br><br>    Defendants. | Case No. 1:16-cv-00617-SKO<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 34)**<br><br>Magistrate Judge Sheila K. Oberto<br><br>Trial Date: December 12, 2017 |

///

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff NAVTEJ SINGH and Defendant U.S. Commercial Freight, Inc.; Yuriy Stefanyshyn and Pavel Klimovich, (hereafter "Defendants") through their respective attorneys of record, that Defendants may file a First Amended Answer to Plaintiff's Complaint to add additional affirmative defenses.

-1-   Case No. 1:16-cv-00617-SKO
STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

4119652.1
4610-3.4355

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

Dated: August 9, 2017   WFBM, LLP

By:    */s/ Daniel Schrader*
DANIEL P. SCHRADER
JUDIEE L. PINKERTON
MICHAEL J. BELER
Attorneys for Defendants
U.S. Commercial Freight, Inc.; Yuriy Stefanyshyn and Pavel Klimovich

Dated: August 9, 2017   SODHI LAW GROUP

By:    */s/ Jakrun Sodhi*
JAKRUN S. SODHI
Attorneys for Plaintiff
NAVTEJ SINGH

## **ORDER**

Based on the parties' stipulation (Doc. 34), and for good cause shown, it is ORDERED that Defendants shall file their First Amended Answer to Plaintiff's Complaint, a copy of which was attached to the stipulation, within five (5) days of this Order.

IT IS SO ORDERED.

Dated: **August 14, 2017**      */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE