| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| NAVTEJ SINGH, | No. 1:16-cv-00617- SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| U.S. COMMERCIAL FREIGHT, INC., business entity unknown; YURIY STEFANSHYN; PAVEL KLIMOVICH; and DOES 1 through 10, inclusive, | (Doc. 37) |
| Defendant. | |

On October 31, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 37.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 2, 2017**            /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE